# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN J. VARGAS, <br><br> Plaintiff, <br><br> v. <br><br> CASTANEDA, et al., <br><br> Defendants. | Case No. EDCV 18-1844 SJO (RAO) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint, all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that this action is DISMISSED without prejudice.

DATED: January 7, 2020

_S. James Otero_
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE