UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN J. VARGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CASTANEDA, et al.,<br><br>    Defendants. | Case No. EDCV 18-1844 SJO (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is DISMISSED without prejudice.

DATED: January 7, 2020

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE