# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Priority | ___ |
| Send | ___ |
| Enter | ___ |
| Closed | ___ |
| JS-5/JS-6 | ___ |
| Scan Only | ___ |

**CASE NO.:** <u>5:18-cv-01844-SJO (RAO)</u>   **DATE:** <u>January 10, 2020</u>

**TITLE:** <u>Juan J. Vargas v. Castaneda, et al.</u>

========================================================================
**PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE**

Victor Paul Cruz                                   Not Present
Courtroom Clerk                                    Court Reporter

**COUNSEL PRESENT FOR PLAINTIFFS:**          **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                        Not Present

========================================================================
**PROCEEDINGS (in chambers): ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** [ECF No. 32]

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge ("R&R") issued on December 9, 2019. (R&R, ECF No. 32.) The R&R was forwarded to the District Judge on January 6, 2020. Pursuant to 28 U.S.C. § 636, the Court has reviewed the R&R of the Magistrate Judge, and all records and files herein. (R&R.) The time for filing objections to the R&R has passed, and no objections have been received. (Notice of Filing R&R, ECF No. 31; Fed. R. Civ. P. 72.)

Accordingly, the Court accepts and **ADOPTS** the findings, conclusions, and recommendations of the Magistrate Judge. The action is **DISMISSED WITHOUT PREJUDICE**, and all pending motions shall be **DENIED AS MOOT**.